448 A.2d 1176

Commonwealth ex rel., Coco, Appellant v. Coco.

Argued April 14, 1980. Robert C. Hillen, for Commonwealth, appellant; Douglas G. Linn, II, submitted a brief on behalf of appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

The order of the Court of Common Pleas of Butler County is affirmed.

448 A.2d 1176

Criste et ux. v. Green Mansion Inc., Appellant.

Submitted November 4, 1981. Thomas E. Wood, for appellant; R. Stephen Shibla, for appellees.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.